UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DALE DERRICK BURSAW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Acting COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>　　　　Defendant. | Civil No. 6:20-CV-01672-MC<br><br><br>ORDER FOR REMAND |

　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Administrative Law Judge will give Plaintiff an opportunity for a new hearing; reevaluate Plaintiff's residual functional capacity; and obtain supplemental evidence from a vocational expert at Step 5 (20 C.F.R. § 404.1566 and Social Security Rulings 83-14 and 00-4p).

　　The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

　　IT IS SO ORDERED this  18th  day of  August , 2021.

　　　　　　　　　　　　　　　　　　　　s/Michael J. McShane
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

Page 1　ORDER - [6:20-CV-01672-MC]

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2112